# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **IN RE:** | **Thrower v. Warden, USP McCreary, et al.** | : : : | **CIVIL NO. 1:CV-10-1431** |
| **Inmate:** | **William Thrower** | : : | **(Judge Conner)** |
| **ID Number:** | **71302-053** | : | |

## ORDER

On July 12, 2010, William Thrower, an inmate currently confined at the Medical Center for Federal Prisoners, Springfield, Missouri, filed a civil rights complaint without submitting a filing fee or the forms required to proceed in forma pauperis in a civil rights case. By Administrative Order dated July 13, 2010, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed in forma pauperis and an authorization form.

On August 17, 2010, the Plaintiff submitted a request for additional in forma pauperis forms, stating that he had been separated from his legal papers. On that same day, we re-mailed the July 13, 2010 Administrative Order, including an application to proceed in forma pauperis and an authorization form, and gave the Plaintiff an additional thirty (30) days either to pay the $350.00 filing fee or to complete and return the forms.

Thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

      S/ Christopher C. Conner
     CHRISTOPHER C. CONNER
     United States District Judge

DATE:     September 21, 2010